EDITH GRUBE HERRINGTON and Another, Impleaded with MAXWELL RUBIN, v. SAMUEL MARCUS and Others, Impleaded, etc.— Motion for leave to appeal to

the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore and Cohn, JJ.